UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRECISION BORING CO.,

    Plaintiff,

v.	Case No. 10-15045
    Honorable Patrick J. Duggan

SSD CONTROL TECHNOLOGY, INC.,

    Defendant.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On December 20, 2010, Plaintiff filed this action seeking to collect monies from Defendant which Plaintiff claims are owed pursuant to purchase orders for certain tooling equipment. Presently before the Court is Plaintiff's motion for summary judgment, filed pursuant to Federal Rule of Civil Procedure 56 on March 9, 2011. Defendant filed a response to the motion on April 1, 2011.

In its motion for summary judgment, Plaintiff presents evidence to support its claim that it is owed $88,292 from Defendant pursuant to various purchase orders. In response, Defendant "agrees that Plaintiff is entitled to summary judgment in the amount of $88,232." (Doc. 15 at 1.) Defendant provides that "entry of a judgment against [Defendant] in the amount of $88,202 will resolve all issues in this litigation." (*Id.*)

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **GRANTED**.

Date:  April 15, 2011                    <u>s/PATRICK J. DUGGAN</u>
                                         UNITED STATES DISTRICT JUDGE

Copies to:
Eric A. Parzianello, Esq.
Brandon J. Booth, Esq.
Timothy J. Abeska, Esq.